FRANK SCHENKER et al., Appellants, *v.* VILLAGE OF LIBERTY, Respondent.

Argued November 25, 1942; decided January 14, 1943.

*Ellsworth Baker* for appellants.

*William G. Birmingham, Paul McDermott* and *William G. Birmingham, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.